1           UNITED STATES DISTRICT COURT
2            DISTRICT OF PUERTO RICO

3    WANDA TORRES RIVERA,

4         Plaintiff,
                                          Civil No. 07-2095 (JAF)
5         v.

6    FERRERO CARIBE, et al.,
7
8         Defendants.

9

10                          **O R D E R**

11        Defendants Ferrero Mexico, Ross de Luca, Anna de Luca, the

12   conjugal partnership of Ross and Anna de Luca, and Barbara Boschiero

13   move to dismiss the present complaint against them because Plaintiff

14   Wanda Torres Rivera has failed to serve them with a summons and

15   complaint, in violation of Federal Rule of Civil Procedure 4(m).

16   Docket No. 20.

17        Rule 4(m) requires that process be perfected within 120 days of

18   the filing of a complaint. Fed. R. Civ. P. 4(m). Plaintiff filed

19   her complaint on November 16, 2007. Docket No. 1. Plaintiff properly

20   served process upon Defendant Ferrero Caribe on March 24, 2008. See

21   Docket No. 5. However, Plaintiff's service upon the moving Defendants

22   was improper. After affording Plaintiff a reasonable opportunity to

23   perfect service, we quashed Plaintiff's service of process on the

24   moving Defendants on June 13, 2008. Docket No. 14. To date, Plaintiff

25   has not shown good cause for her failure to serve process on the

26   moving Defendants, nor has she responded to the present motion to

27   dismiss.

Civil No. 07-2095 (JAF)                                        -2-

1        As Plaintiff has failed to comply with the service of process

2   requirements of Rule 4(m), we **GRANT** the moving Defendants' motion to

3   dismiss, <u>Docket No. 20</u>, and **DISMISS** Plaintiff's claims against

4   Defendants Ferrero Mexico, Ross de Luca, Anna de Luca, the conjugal

5   partnership of Ross and Anna de Luca, and Barbara Boschiero **WITHOUT**

6   **PREJUDICE.**

7        **IT IS SO ORDERED.**

8        San Juan, Puerto Rico, this 8th day of January, 2009.

9                                 s/José Antonio Fusté
10                                JOSE ANTONIO FUSTE
11                                Chief U.S. District Judge